**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
In Re:

    Khayum Khan

                   Debtor(s)
----------------------------------------------------------X

Chapter: 13

Case No.: 18-10601

## CREDITOR LOSS MITIGATION AFFIDAVIT

I, Jonathan Schwalb, being sworn say:

I am not a party to this action, am over 18 years of age and reside in New York, NY.

On January 11, 2019 I served a true copy of the financial packet and this "Creditor Loss Mitigation Affidavit" upon the following parties via email at the following addresses:

hselawyer@aol.com

Pursuant to that request, the Debtor must provide the following documents:

- ☐ A copy of the Debtor's two (2) most recent federal income tax returns;
- ☐ A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

- ☐ A copy of the Debtor's business's two most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses;
- ☐ A Copy of the mortgagee's completed financial worksheet;
- ☐ Proof of second/third part income by affidavit of the party, including the party's last two (2) paycheck stubs;

Other:
- ✓ **SN Servicing Corporation** loss mitigation package with applicable document checklist

Please be advised that the Creditor designates the following person to be its Loss Mitigation contact:

        Name: Mike Egan

        Phone Number: (800) 603-0836

        Email Address: MEgan@snsc.com

Please be advised that the Creditor designates the follow person to be its attorney for Loss Mitigation on this loan:

        Name: Jonathan Schwalb

        Firm: Friedman Vartolo LLP

        Phone Number: (212) 471-5100

        Fax Number: (212) 471-5150

        Email Address: bankruptcy@friedmanvartolo.com

Dated: New York, NY
       January 11, 2019

                                  /s/ Jonathan Schwalb
                                  Jonathan Schwalb, Esq.
                                  Friedman Vartolo LLP
                                  85 Broad Street
                                  Suite 501
                                  New York, NY 10004
                                  (212) 471-5100
                                  bankruptcy@friedmanvartolo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

IN RE:

Khayum Khan

Debtor

CASE NO.: 18-10601

CHAPTER: 13

HON. JUDGE.:

CECELIA G. MORRIS

----------------------------------------------------------------X

## CERTIFICATION OF SERVICE

    On January 11, 2019, I served a true copy of the annexed **LOSS MITIGATION CREDITOR AFFIDAVIT** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

## **SERVICE LIST**

Khayum Khan
4617 Matilda Avenue
Bronx, NY 10470
***Debtor***

Harold S. Entes
1960 Williamsbridge Road
Suite LD
Bronx, NY 10461
***Debtor's Attorney***

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
***Trustee***

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
***U.S. Trustee***



# Loss Mitigation Checklist

**To process your request for Loss Mitigation, your return package to SN Servicing Corporation must include ALL of the following:**

- ☐ Completed "Financial Analysis Worksheet" (form enclosed)
- ☐ Completed "Consent to Obtain Credit Report" (form enclosed)
- ☐ Completed "Affidavit of Financial Hardship" (form enclosed) with hardship circumstances explained
- ☐ Completed "Consent to Release Contact Information to Arrange Interior Inspection" (form enclosed)
- ☐ Completed "Request for Transcript or Tax Return" for all borrowers (form enclosed)
- ☐ Most recent **2** Tax Return for all borrowers…including all pages and all schedules
- ☐ Most recent **2** W-2 for all borrowers
- ☐ Copies of the last two months pay stubs for all borrowers. If you are unemployed, please include unemployment reward letter. If you receive a pension: disability; alimony and/or child support, please include official documentation of same. If you have rental income, please include a copy of the rental agreement(s).
- ☐ Complete Copies of the two most recent checking and savings account bank statements for all borrowers…please include ALL pages
- ☐ If you are self-employed, please send (1) a copy of the most recent Federal Tax Return for your business; (2) past six month's profit and loss statements; and (3) the past six month's business bank account statements…please include ALL pages
- ☐ Copy of current homeowner's insurance policy or an estimate for coverage if you do not currently have homeowner's insurance. Please use a company you would want to purchase coverage from for the quote
- ☐ Copy of most recent property tax bill

| Contact Us | Send in Your Packet |
|---|---|
| If you have any questions regarding the items listed above, or if you would prefer to submit the documents via fax, please contact us at the number below: | Upon completion, please return all requested items to the address listed below. Requests will be processed in the order in which they are received, so we recommend that you start the process as soon as possible. |
| **(800) 603-0836** | **SN Servicing Corporation**<br>**323 Fifth Street**<br>**Eureka, CA 95501** |
| **Hours of Operation**<br>Monday – Friday (8:00am to 5:00pm PST) | |

Main Office NMLS # 5985
Branch Office NMLS # 9785

# Affidavit of Financial Hardship

In order to qualify for **SN Servicing Corporations** ("Servicer") offer to enter into an agreement to modify my loan, I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks ("✔") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan.

Borrower    Co-Borrower

☐    ☐    My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation."

☐    ☐    My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation."

☐    ☐    My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation."

☐    ☐    My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation."

☐    ☐    My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation."

☐    ☐    There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation."

**Borrower/Co-Borrower Acknowledgement**

1. Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.
2. I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

Main Office
NMLS # 5985
Branch Office
NMLS # 9785

5.     I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.
6.     I/we certify that I/we am/are willing to commit to credit counseling if it is determined that my/our financial hardship is related to excessive debt.
7.     I/we certify that I/we am/are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.
8.     I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this affidavit.

_____ _____       _____ _____
**Borrower Signature**                       Date       **Co-Borrower Signature**                  Date

E-mail Address: _____       E-mail Address: _____
Cell Phone      _____       Cell Phone      _____
Home Phone   _____       Home Phone   _____
Work Phone   _____       Work Phone   _____
SSI #             _____       SSI #             _____

**Explanation:**
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Consent to Obtain Credit Report

I consent to SN Servicing Corporation obtaining a report of my credit record and using the information from that report for the purposes of evaluating my financial obligations. My credit report will be obtained from a credit reporting agency chosen by SN Servicing Corporation.

_____    _____
Borrower                                                            Social Security Number

_____
Printed Name

_____
Date

_____    _____
Co-Borrower                                                      Social Security Number

_____
Printed Name

_____
Date

## Consent to Release Contact Information to Arrange Interior Inspection

I understand that as part of the loan modification/short sale/deed-in-lieu review process, an interior inspection and evaluation of my home is required.  I consent for a real estate agent or property inspector chosen by SN Servicing Corporation to contact me to arrange a time for an interior evaluation of my home.   Please contact:

_____          _____
Borrower                                                                Daytime Contact Phone Number

_____          _____
Printed Name                                                        Best Contact Time

_____
Date

_____          _____
Co-Borrower                                                         Daytime Contact Phone Number

_____          _____
Printed Name                                                        Best Contact Time

_____
Date

Alternate Contact Person if any:

_____

_____

Main Office
NMLS # 5985
Branch Office
NMLS # 9785

# INCOME/EXPENSE/ASSETS

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Employer Name and Phone Number: | | Employer Name and Phone Number: | |
| Years on Job | | Years on Job | |

## Monthly Income

| Borrower | | Co-Borrower | |
|---|---|---|---|
| | **Amount** | | **Amount** |
| Gross Wages | | Gross Wages | |
| Unemployment Compensation | | Unemployment Compensation | |
| Child Support/Alimony | | Child Support/Alimony | |
| Disability/SSI | | Disability/SSI | |
| Rental Income | | Rental Income | |
| Pension/Annuity Income | | Pension/Annuity Income | |
| Other | | Other | |
| Less: Federal and State Tax Withholdings | | Less: Federal and State Tax Withholdings | |
| Less: Other Deductions (401K, etc.) | | Less: Other Deductions (401K, etc.) | |

## Monthly Expenses (Please Complete ALL Fields)

| HOUSING | Amount | TRANSPORTATION | Amount |
|---|---|---|---|
| Mortgage 1st | | Auto Loans/Lease | |
| Other Mortgage | | Fuel | |
| Other Mortgages | | Auto Insurance | |
| Homeowners Insurance | | Auto Registration | |
| Property Taxes | | Other Transportation (tolls, bus, subway) | |
| HOA | | **LOAN REPAYMENTS** | |
| **UTILITIES** | | Credit Cards | |
| Electricity | | Personal Loan | |
| Water and Sewer | | **LEGAL** | |
| Gas | | Child Support Expense | |
| Telephone | | Alimony Expense | |
| Cell Phone | | **PERSONAL CARE** | |
| Internet Service | | Child Care | |
| Waste Removal | | Health Insurance | |
| Cable/Satellite | | Medical/Dental/Vision | |
| **TOTAL EXPENSES** | | **OTHER EXPENSES** *Each line item must be listed in detail | |
| **FOOD** | | Negative Net Rental Income | |
| Groceries | | Other Debt | |
| Dining Out | | Other Debt | |

## Assets

| SAVINGS OR INVESTMENTS | | | |
|---|---|---|---|
| 401(K) or IRA | | Savings/Emergency Fund | |
| Stocks/Bonds/Mutual Funds | | Other | |

Main Office
NMLS # 5985
Branch Office
NMLS # 9785

_____    _____
Signature of Borrower                Date

_____    _____
Signature of Co-Borrower             Date

| Form **4506-T** (Rev. September 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Transcript of Tax Return**<br>▶ Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-1872 |

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Return or Account Transcript" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

**1a** Name shown on tax return. If a joint return, enter the name shown first.

**1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)

**2a** If a joint return, enter spouse's name shown on tax return.

**2b** Second social security number or individual taxpayer identification number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.
SN SERVICING CORPORATION – 323 5TH STREET, EUREKA, CA 95501 – (800) 603-0836

**Caution.** *If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.*

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ _____

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☐

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution.** *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.       12/31/16        12/31/15        12/31/14        12/31/13

Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved **identity theft** on your federal tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**
▶ Signature (see instructions)     Date
▶ Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature     Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**     Cat. No. 37667N     Form **4506-T** (Rev. 9-2013)

Form 4506-T (Rev. 9-2013) Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to *www.irs.gov/form4506t*. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

## General Instructions

**CAUTION.** *Do not sign this form unless all applicable lines have been completed.*

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note.** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Return or Account Transcript" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301<br><br>512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888<br><br>559-456-5876 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999<br><br>816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409<br><br>801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250<br><br>859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P. O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party—Business.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 11/30/2014 |
|---|---|---|

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemenber's military orders. [Note: Lender should place its name, address, and contact information here.]
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the Unites States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form **HUD-92070**
(02/2013)